**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY


Mahmoud Elmilligy, Plaintiff
v.
Ericsson Inc., Defendant


Civil Action No. _____


COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF


### Preliminary Statement
Plaintiff Mahmoud Elmilligy brings this action against his former employer, Ericsson Inc., for violations of federal and state labor laws, including but not limited to the Family and Medical Leave Act (FMLA), wrongful termination, denial of severance benefits, defamation, and retaliation. Plaintiff gave over a decade of exceptional service to the company, often performing far above his pay grade, only to be abruptly terminated and falsely accused during a time of serious personal and medical hardship.

### Jurisdiction and Venue
1. This Court has jurisdiction under 28 U.S.C. § 1331 as this matter arises under the laws of the United States, including the FMLA.
2. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events or omissions giving rise to these claims occurred in New Jersey, where Plaintiff resided and worked remotely.

### Parties
3. Plaintiff Mahmoud Elmilligy is a U.S. citizen residing in New Jersey. He was employed by Ericsson Inc. from approximately 2014 to 2023.
4. Defendant Ericsson Inc. is a telecommunications corporation headquartered in Plano, Texas, with operations in New Jersey including a facility in Basking Ridge.

### Factual Allegations
5. Plaintiff began working for Ericsson in 2014 and quickly distinguished himself by identifying critical errors and offering innovative solutions, saving the company millions.
6. Despite being underpaid, Plaintiff worked 60-80 hours weekly, earning

recognition such as 'Innovator of the Quarter' and completing high-priority projects across North America, Canada & Japan.

7. Between 2017 and 2020, Plaintiff led design and rollout projects for 5G including the 2018 Super Bowl stadium and the first 5G site in NYC used for high-profile demonstrations.

8. In 2022, due to personal hardship, Plaintiff took protected FMLA leave. Upon returning in March 2023, he found himself without functioning equipment and was denied replacements.

9. After declining a last-minute Texas assignment due to divorce proceedings, Plaintiff was abruptly terminated without explanation, severance, or clarity.

10. Ericsson falsely reported that Plaintiff had voluntarily resigned, leading to a fraudulent denial of unemployment benefits and a $20,000 clawback demand from the NJ Department of Labor.

11. All of this was done while Plaintiff was entitled to protection under federal and state labor laws, and despite a spotless record of over 10 years.

**Claims for Relief**
COUNT I – Violation of Family and Medical Leave Act (29 U.S.C. § 2601)
COUNT II – Wrongful Termination
COUNT III –Defamation and Fraudulent Reporting to State Agency
COUNT IV –Breach of Contract and Severance Denial
COUNT V – Retaliation
COUNT VI –Emotional Distress and Medical Harm

**Prayer for Relief**
**WHEREFORE**, Plaintiff respectfully requests that this Court:
(a) **Award** compensatory damages in excess of $1,000,000 for lost wages, health deterioration, and emotional distress;
(b) **Award** punitive damages;
(c) **Order** equitable relief including reinstatement or clarification of employment record;
(d) **Order** Defendant to retract false claims made to the NJ Department of Labor;
(e) **Grant** legal costs and any other relief deemed just and proper.

Respectfully submitted,

Mahmoud Elmilligy Dated July 18, 2025
RF Engineer, Father, Pro Se Plaintiff
Legal Address 3 Indian Spring Rd. Budd Lake, NJ 07828

Temporary Mailing Addres: 103 W 42nd Street Bayonne, NJ 07002